**Order entered September 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01282-CR

**ELIZABETH RAMSEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-1253926-I**

## ORDER

Appellant Elizabeth Ramsey's September 3, 2015 motion for bench warrant is hereby

**DENIED**.

/s/ ELIZABETH LANG-MIERS
   JUSTICE